```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

| | |
|---|---|
| **BRITTANY SWINNEY,** | \* |
| | \* |
|     Plaintiff, | \* |
| | \* |
| vs. | \*   Civil Action No.10-00637-B |
| | \* |
| **AFNI, INC.,** | \* |
| | \* |
|     Defendant. | \* |

<u>ORDER</u>

This action is before the Court on the parties' Stipulation of Dismissal (Doc. 6-1). The parties jointly request that Plaintiff's claims against Defendant be dismissed with prejudice, and that each party bears its own costs. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby **ORDERED, ADJUDGED** and **DECREED** that Plaintiff's claims are hereby **DISMISSED WITH PREJUDICE**, and that each party will bear their own costs.

DONE this **16th** day of **February, 2011.**

                                                     <u>/s/ SONJA F. BIVINS</u>
                                               **UNITED STATES MAGISTRATE JUDGE**